Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
       hchandoo@hadsellstormer.com

Susan E. Seager, Esq. [S.B. #204824]
Jack Lerner, Esq. [S.B. #220661]
UC Irvine School of Law
Intellectual Property, Arts & Technology Clinic
Press Freedom Project
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-5447
Facsimile: (949) 824-2747
Emails: sseager1.clinic@law.uci.edu
       jlerner@law.uci.edu

Attorneys for Plaintiffs
JONATHAN PELTZ and KATHLEEN GALLAGHER

[Counsel cont. on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-03106 HDV (AGRX)<br><br>[Assigned to the Honorable Hernán D. Vera - Courtroom 5B]<br><br>**JOINT STIPULATION TO DISMISS CERTAIN CLAIMS UNDER FRCP 41(A)(1)(A)(II)**<br><br>Complaint Filed:  May 9, 2022<br>Trial:  April 1, 2025 |

JOINT STIP TO DISMISS CERTAIN
CLAIMS UNDER FRCP 41(a)(1)(A)(ii)

[Counsel cont. from previous page]

Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
Email: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

JOINT STIP TO DISMISS CERTAIN
CLAIMS UNDER FRCP 41(a)(1)(A)(ii)

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jonathan Peltz and Kathleen Gallagher ("Plaintiffs") and Defendant City of Los Angeles, (collectively "the Parties"), through their undersigned counsel, stipulate as follows:

a. Plaintiffs dismiss the federal claims in their First Claim for Relief, brought under 42 U.S.C. § 1983 for violations of the First and Fourteenth Amendments;

b. Plaintiffs dismiss the federal claims in their Second Claim for Relief, brought under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments;

c. Plaintiffs dismiss the federal claims in their Third Claim for Relief for Denial of Liberty, brought under 42 U.S.C. § 1983;

d. Plaintiffs dismiss their Fifth Claim for Relief for Supervisory Liability;

e. Plaintiffs dismiss their Seventh Claim for Relief for Negligence;

f. The Parties will bear their own costs as to the dismissed claims.

Respectfully Submitted,

Dated: October 9, 2024    HADSELL STORMER RENICK & DAI LLP

By:  /s/ Hanna Chandoo
　　　Dan Stormer
　　　Hanna Chandoo
Attorneys for Plaintiffs JONATHAN PELTZ and KATHLEEN GALLAGHER

Dated: October 9, 2024    BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Kyle Anne Piasecki
　　　Charles E. Slyngstad
　　　Brian S. Ginter
　　　Kyle Anne Piasecki
Attorneys for Defendant

JOINT STIP TO DISMISS CERTAIN CLAIMS UNDER FRCP 41(a)(1)(A)(ii)