LINK 62

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-03106 HDV (AGRX)<br><br>[Assigned to the Honorable Hernán D. Vera - Courtroom 5B]<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO DISMISS CERTAIN CLAIMS AND PARTIES UNDER FRCP 41(A)(1)(A)(II)<br><br>Complaint Filed:  May 9, 2022<br>Trial:            April 1, 2025 |

# [~~PROPOSED~~] ORDER

The Court, having considered the parties' stipulation, and good cause appearing, the Joint Stipulation to Dismiss Certain Claims under FRCP 41(a)(1)(A)(ii) is GRANTED.

IT IS HEREBY ORDERED THAT:

a. Plaintiffs dismiss the federal claims in their First Claim for Relief, brought under 42 U.S.C. § 1983 for violations of the First and Fourteenth Amendments;

b. Plaintiffs dismiss the federal claims in their Second Claim for Relief, brought under 42 U.S.C. § 1983 for violations of the Fourth and Fourteenth Amendments;

c. Plaintiffs dismiss the federal claims in their Third Claim for Relief for Denial of Liberty, brought under 42 U.S.C. § 1983;

d. Plaintiffs dismiss their Fifth Claim for Relief for Supervisory Liability;

e. Plaintiffs dismiss their Seventh Claim for Relief for Negligence;

f. The Parties will bear their own costs as to the dismissed claims.

**IT IS SO ORDERED.**

Dated: 10/15/24

The Honorable Hernán D. Vera
United States District Court Judge