Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Kate McFarlane, Esq. [#340706]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com
         kmcfarlane@hadsellstormer.com

Susan E. Seager, Esq. [S.B. #204824]
Jack Lerner, Esq. [S.B. #220661]
UC Irvine School of Law
Intellectual Property, Arts & Technology Clinic
Press Freedom Project
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-5447
Facsimile: (949) 824-2747
Emails: sseager1.clinic@law.uci.edu
         jlerner@law.uci.edu

Attorneys for Plaintiffs
JONATHAN PELTZ and KATHLEEN GALLAGHER

[Counsel cont. on next page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03106 HDV (AGRX)<br><br>[Assigned to the Honorable Hernán D. Vera - Courtroom 5B]<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed:   May 9, 2022<br>Trial:                    May 27, 2025 |

[Counsel cont. from previous page]

Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
Email: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

Pursuant to Local Rule 16-2.9 and the Court's Civil Trial Order, updated February 27, 2024, Plaintiffs Jonathan Peltz and Kathleen Gallagher ("Plaintiffs") and Defendant City of Los Angeles ("Defendant") (collectively, the "Parties") hereby submit their joint report regarding settlement.

On February 28, 2025, the Parties mediated with Richard Copeland through the Court's mediation panel. They did not reach a settlement. The Parties are willing to engage in further settlement discussions. Rulings that may be made at the final pretrial conference may assist the parties in continuing their settlement discussions.

Respectfully Submitted,

Dated: March 7, 2025

HADSELL STORMER RENICK & DAI LLP

By: /s/ - Kate McFarlane[1]
    Dan Stormer
    Hanna Chandoo
    Kate McFarlane
Attorneys for Plaintiffs JONATHAN PELTZ and KATHLEEN GALLAGHER

Dated: March 7, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ - Brian S. Ginter
    Charles E. Slyngstad
    Brian S. Ginter
    Kyle Anne Piasecki
Attorneys for Defendant CITY OF LOS ANGELES

---

[1] I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.