Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>            Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:22-CV-03106-HDV(AGRx)<br><br>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**<br><br><u>Final Pre-Trial Conference:</u><br><br>Date: April 29, 2025<br>Time: 10:00 a.m.<br>Dept.: 5B |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-2941-3431 v1                    1                    Case No. 2:22-CV-03106-HDV(AGRx)
DEFENDANT'S PROPOSED
VOIR DIRE QUESTIONS

TO THIS HONORABLE COURT AND TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendant hereby submits the following proposed voir dire questions.

1. If you believe someone is injured, are you willing to decide that the person receive no compensation for the injury if you determine that the person or entity accused of causing the injury did not do anything wrong?

2. Do you think that because the plaintiffs have made it this far in the process that means there is merit to their case?

3. Have you ever participated in a protest relating to any incident involving the police?
   a. Which ones?
   b. When?

4. Are you aware of news reports of verdicts or settlements involving LAPD officers or the City of Los Angeles?
   a. If so, are you willing to decide this case based on the evidence presented to you in this trial or do you think that the other cases you are aware of will interfere with your judgment?

5. Are you aware of news reports relating to law enforcement officers taking action in connection with a protest?
   a. If so, are you willing to decide this case based on the evidence presented to you in this trial or do you think that the other cases you are aware of will interfere with your judgment?

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-2941-3431 v1

2

Case No. 2:22-CV-03106-HDV(AGRx)
DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

6. Have you or anyone in your immediate family ever made a claim against the City of Los Angeles or an LAPD officer?

    a. If so, please describe the circumstances.

7. Have you or anyone in your immediate family ever accused an LAPD officer of committing misconduct?

    a. If so, please describe the circumstances.

8. If you hear a report in the news or from someone else about a time that a police officer took action against a person, before you hear the particulars of the incident, do you find yourself believing that the police officer's actions were appropriate or inappropriate?

Dated: April 17, 2025　　　　　　　　　　BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ *Brian S. Ginter*
    Charles E. Slyngstad
    Brian S. Ginter
    Kyle Anne Piasecki
    Attorneys for Defendant
    CITY OF LOS ANGELES

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4931-2941-3431 v1　　　　3　　　　Case No. 2:22-CV-03106-HDV(AGRx)
DEFENDANT'S PROPOSED
VOIR DIRE QUESTIONS