```
 1  DAVIS WRIGHT TREMAINE LLP
    KELLI L. SAGER (State Bar No. 120162)
 2    kellisager@dwt.com
    DAN LAIDMAN (State Bar No. 274482)
 3    danlaidman@dwt.com
    CRISTINA SALVATO (State Bar No. 295898)
 4    tinasalvato@dwt.com
    350 South Grand Avenue, 27th Floor
 5  Los Angeles, California 90071
    Telephone: (213) 633-6800
 6  Fax: (213) 633-6899

 7  Attorneys for Non-Party Journalist
    James Queally
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>                  Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES ET AL.,<br><br>                  Defendants. | Case No. **2:22-CV-03106-HDV(AGRx)**<br><br>**DECLARATION OF JAMES QUEALLY IN SUPPORT OF MOTION TO QUASH; EXHIBITS A-D**<br><br>[Notice of Motion and Motion to Quash Trial Subpoena and Declaration of Dan Laidman Filed Concurrently; [Proposed] Order submitted Concurrently]<br><br>Hearing Date:  June 26, 2025<br>Hearing Time:  10:00 a.m.<br>Courtroom:     5B<br><br>Complaint Filed: May 9, 2022<br>Trial Date:      August 5, 2025 |

# DECLARATION OF JAMES QUEALLY

I, James Queally, declare as follows:

1. I am over eighteen years of age, and am not a party to this action. I have personal knowledge of the matters stated below except for those matters stated on information and belief, which I am informed and believe to be true.

2. At all times relevant to this matter, I have been employed as a news reporter by Los Angeles Times Communications LLC, which publishes the daily Los Angeles Times newspaper and latimes.com website ("The Times"). I have worked as a journalist for The Times since 2014, primarily covering crime and policing issues. Before joining The Times, I spent five years covering crime and police news for the Star-Ledger in New Jersey.

3. On May 9, 2025, I was served with a subpoena ("Subpoena") issued by Plaintiffs Jonathan Peltz and Kathleen Gallagher seeking my testimony at trial in this case. A true and correct copy of the Subpoena along with the attached cover letter is attached as **Exhibit A**.

4. It is my understanding that the Subpoena seeks my testimony in connection with my reporting on the March 25, 2021 protest against the actions of the Los Angeles Police Department ("LAPD") regarding homeless encampments at Echo Park Lake (the "Echo Park Protest"). I attended that protest in order to write about it for The Times. I carried my official press credentials, and intended to use the information I gathered to disseminate news to the public.

5. In the course of my newsgathering activities at the Echo Park Protest I was detained by the LAPD and subsequently released. Throughout the evening of March 25, 2021, and the early morning of March 26, 2021, before and after my detention, I continued to report on the events by publishing social media posts (or "tweets") on the website formerly known as Twitter (now X.com) about the police response to the protest and the LAPD's detention of journalists. Attached as

1

DECLARATION OF JAMES QUEALLY
4911-8133-9205v.2 0026175-000606

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**Exhibit B** are true and correct copies of the following examples of tweets that I published during this period:

    a. On March 25, 2021 at 10:46 p.m., I tweeted: "There was definitely one @KNOCKdotLA reporter sitting next to me on the curb. I apologize I did not get his name. I tried to point out if they were releasing me because I was press they should do the same to the others but I think he may have been put on a bus by then. Sorry." See https://x.com/JamesQueallyLAT/status/1375323180403810304.

    b. On March 25, 2021, at 11:29 p.m., I tweeted: "Hey @LAPDHQ what's up with this? There was @KNOCKdotLA person next to me sitting on a curb in zip ties, and he got taken off toward a bus when I didn't. These are journalists too. Let 'em out." See https://x.com/JamesQueallyLAT/status/1375334038018269185.

    c. On March 25, 2021 at 11:49 p.m., I tweeted: "There are still @KNOCKdotLA reporters in custody. @ShotOn35mm called me after I got out, told me he was STILL in a kettle. I managed to get hold of an officer in media relations who rushed to do something about it. I'm still worried he might have gotten arrested otherwise." See https://x.com/jamesqueallylat/status/1375339116229849089.

    d. On March 26, 2021 at 12:07 a.m., I tweeted: "@ACatWithNews is apparently still in custody. Trying to call @LAPDHQ to find out what's up with that." See https://x.com/JamesQueallyLAT/status/1375343567858638852.

6.    Any information that I have related to my attendance at the Echo Park Protest, my detention by the LAPD, and the tweets that I published regarding those events is information that I obtained in the course and scope of my work as a reporter for The Times gathering and disseminating information to the public.

2

DECLARATION OF JAMES QUEALLY
4911-8133-9205v.2 0026175-000606

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

7. As a news reporter covering crime and policing for The Times, I frequently report on the LAPD, including on their treatment of protesters and journalists covering demonstrations. Attached as **Exhibit C** are true and correct copies of the following examples of such articles:

    a. James Queally and Kevin Rector, "A journalist accused the LAPD of assault. Then police tried to have him prosecuted," Los Angeles Times (Mar. 18, 2021), available at https://www.latimes.com/california/story/2021-03-18/journalist-accused-lapd-assault-police-tried-to-have-him-prosecuted.

    b. James Queally, Arit John and Cindy Chang, "LAPD faces growing criticism for excessive force and poor tactics during protests," Los Angeles Times (June 6, 2020), available at https://www.latimes.com/california/story/2020-06-06/la-me-lapd-tactics-criticism-violence.

    c. Kevin Rector and James Queally, "LAPD's use of horses to clear crowd condemned by activists, civil rights leaders," Los Angeles Times (Jan. 22, 2021), available at https://www.latimes.com/california/story/2021-01-22/lapds-use-of-horses-at-protest-condemned-by-civil-rights-leaders.

8. Attached as **Exhibit D** are true and correct copies of additional examples of articles that I have published in The Times reporting on the LAPD and other local law enforcement agencies:

    a. Richard Winton and James Queally, "LAPD officer in violent beating video has been involved in three prior shootings," Los Angeles Times (May 6, 2020), available at https://www.latimes.com/california/story/2020-05-06/lapd-officer-involved-in-violent-beating-video-has-been-involved-in-three-prior-fatal-shootings.

DECLARATION OF JAMES QUEALLY
4911-8133-9205v.2 0026175-000606
3
DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

  b. James Queally and Ben Poston, "For years, California police agencies have rejected almost every racial profiling complaint they received," Los Angeles Times (Dec. 14, 2020), available at https://www.latimes.com/california/story/2020-12-14/california-police-racial-profiling-complaints-rejected.

  c. James Queally, "Torrance police traded racist, homophobic texts. It could jeopardize hundreds of cases," Los Angeles Times (Dec. 8, 2021), available at https://www.latimes.com/california/story/2021-12-08/torrance-police-traded-racist-homophobic-texts-it-could-jeopardize-hundreds-of-cases.

9. In my work as a news reporter, I have strived to protect my role as an independent journalist, who is not allied with either side in the controversies that I cover. I firmly believe that such independence is essential to my ability to gain the trust of sources and to effectively investigate and report the news. If sources view me as a potential investigative tool for either the government or private litigants, they may decline to provide information to me, impeding my ability to gather and provide information to the public about matters of significant public concern. I am concerned that if I am compelled to testify in this case, my ability to do my job in the future will be severely hampered because it could create the appearance of bias.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 22nd day of May 2025 at Los Angeles, California.

                _____
                    James Queally

4

DECLARATION OF JAMES QUEALLY
4911-8133-9205v.2 0026175-000606

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

      b. James Queally and Ben Poston, "For years, California police agencies have rejected almost every racial profiling complaint they received," Los Angeles Times (Dec. 14, 2020), available at https://www.latimes.com/california/story/2020-12-14/california-police-racial-profiling-complaints-rejected.

      c. James Queally, "Torrance police traded racist, homophobic texts. It could jeopardize hundreds of cases," Los Angeles Times (Dec. 8, 2021), available at https://www.latimes.com/california/story/2021-12-08/torrance-police-traded-racist-homophobic-texts-it-could-jeopardize-hundreds-of-cases.

9. In my work as a news reporter, I have strived to protect my role as an independent journalist, who is not allied with either side in the controversies that I cover. I firmly believe that such independence is essential to my ability to gain the trust of sources and to effectively investigate and report the news. If sources view me as a potential investigative tool for either the government or private litigants, they may decline to provide information to me, impeding my ability to gather and provide information to the public about matters of significant public concern. I am concerned that if I am compelled to testify in this case, my ability to do my job in the future will be severely hampered because it could create the appearance of bias.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 22nd day of May 2025 at Los Angeles, California.

*/s/ James Queally*

DECLARATION OF JAMES QUEALLY
4911-8133-9205v.2 0050033-007474

4

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899