UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:22-cv-03106-HDV-AGR                                                    Date: June 26, 2025

Title  Jonathan Peltz et al v. City of Los Angeles et al

Present: The Honorable:    HERNAN D. VERA, United States District Judge

| Maria Lindaya | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Non-Party Attorney Present for James Queally: |
|---|---|
| Kate McFarlane | Daniel Laidman |
| Susan Seager | |

**Proceedings:** **NON-PARTY JOURNALIST JAMES QUEALLY'S MOTION TO QUASH TRIAL SUBPOENA [123]**

Case is called, and counsel make their appearance. Having heard oral argument on the motion, the Court takes the motion **under submission**.

:20

**Initials of Preparer**   mal