Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [S.B. #329387]
Kate McFarlane, Esq. [#340706]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600 / Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
         hchandoo@hadsellstormer.com
         bahmad@hadsellstormer.com
         kmcfarlane@hadsellstormer.com

Susan E. Seager, Esq. [S.B. #204824]
Jack Lerner, Esq. [S.B. #220661]
UC Irvine School of Law
Intellectual Property, Arts & Technology Clinic
Press Freedom Project
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-5447 / Facsimile: (949) 824-2747
Emails: sseager1.clinic@law.uci.edu
         jlerner@law.uci.edu

Attorneys for Plaintiffs
JONATHAN PELTZ and KATHLEEN GALLAGHER

[Counsel cont. on next page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, a municipal entity, CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-03106-HDV-AGR<br><br>[Assigned to the Honorable Hernán D. Vera - Courtroom 5B]<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES**<br><br>Complaint Filed:  May 9, 2022<br>Trial:           August 5, 2025 |

[Counsel cont. from previous page]

Charles E. Slyngstad (SBN 89103)
E-mail: cslyngstad@bwslaw.com
Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
Email: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600
Fax: 213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jonathan Peltz and Kathleen Gallagher, ("Plaintiffs") and the City of Los Angeles ("Defendant") (collectively "the Parties") have reached a conditional settlement of this entire action.

1. The Parties hereby report to the Court that a settlement has been reached as to all claims pursuant to a Mediator's Proposal.

2. The Settlement is conditioned upon approval of the City of Los Angeles' Claims Board, the Budget & Finance Committee, City Council, and the Mayor. The settlement approval process is expected to take approximately four months.

3. If the settlement is approved, then the Parties will file a stipulation to dismiss the entire action within seven (7) days of Plaintiffs' receipt of the settlement funds.

4. Accordingly, the Parties respectfully request that this Court vacate all pending dates, including the trial date of August 5, 2025 and stay all proceedings pending the approval of the settlement. The Parties further agree and request that if the settlement is not approved, then this Court shall reset the dates, so that the case can proceed to trial.

Dated: August 4, 2025         Respectfully Submitted,

                              HADSELL STORMER RENICK & DAI LLP


                              By:  /s/ - Kate McFarlane[1]
                                   Dan Stormer
                                   Hanna Chandoo
                                   Bina Ahmad
                                   Kate McFarlane
                                   Susan E. Seager
                                   Jack Lerner
                                   Attorneys for Plaintiffs JONATHAN PELTZ and
                                   KATHLEEN GALLAGHER

---

[1] I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NTC OF COND SETTLE &                    -1-
REQ TO VACATE DATES

| | | |
|---|---|---|
| 1 | Dated: August 5, 2025 | Respectfully submitted |
| 2 | | BURKE, WILLIAMS & SORENSEN, LLP |
| 3 | | |
| 4 | | By: /s/ - Brian S. Ginter |
| 5 | | Charles E. Slyngstad |
| | | Brian S. Ginter |
| 6 | | Kyle Anne Piasecki |
| | | Attorneys for Defendant CITY OF LOS ANGELES |

NTC OF COND SETTLE &
REQ TO VACATE DATES                -2-