Brian S. Ginter (SBN 265786)
E-mail: bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail: kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE, a public entity, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-CV-03106-HDV(AGRx)<br><br>**DEFENDANT'S STATUS REPORT RE: SETTLEMENT** |

TO THIS HONORABLE COURT:

Defendant CITY OF LOS ANGELES (the "City") provides this status report in response to the Court's November 3, 2025 Order (Dkt. No. 139).

The parties executed a long-form settlement agreement on October 17, 2025. The contingent settlement will be presented to the City's Claims Board on or about November 18, 2025. If the matter is approved, the City's Budget & Finance Committee and City Council will likely consider the matter in January 2026. Earlier

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4929-3636-8505 v1

Case No. 2:22-CV-03106-HDV(AGRx)
STATUS REPORT RE: SETTLEMENT

1. dates are not available for the City's Budget & Finance Committee and City Council
2. because of the holidays and other scheduled matters.

Dated: November 10, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Brian S. Ginter*_____
Brian S. Ginter
Kyle Anne Piasecki
Attorneys for Defendant
CITY OF LOS ANGELES

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4929-3636-8505 v1

Case No. 2:22-CV-03106-HDV(AGRx)
STATUS REPORT RE: SETTLEMENT