Dan Stormer, Esq. [S.B. #101967]
Hanna Chandoo, Esq. [S.B. #306973]
Bina Ahmad, Esq. [S.B. #329387]
Kate McFarlane, Esq. [#340706]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
          hchandoo@hadsellstormer.com
          bahmad@hadsellstormer.com
          kmcfarlane@hadsellstormer.com

Attorneys for Plaintiffs
JONATHAN PELTZ and KATHLEEN GALLAGHER

Brian S. Ginter (SBN 265786)
E-mail:  bginter@bwslaw.com
Kyle Anne Piasecki (SBN 311961)
E-mail:  kpiasecki@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, California 90071-2953
Tel:  213.236.0600 Fax:  213.236.2700

Attorneys for Defendant
CITY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JONATHAN PELTZ and KATHLEEN GALLAGHER,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF LOS ANGELES, a municipal entity; CHIEF MICHEL MOORE, a public entity, and DOES  1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:22-CV-03106-HDV(AGRx)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

TO THIS HONORABLE COURT:

        Defendant CITY OF LOS ANGELES (the "City") and Plaintiffs

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4929-3636-8505 v1

Case No. 2:22-CV-03106-HDV(AGRx)
STATUS REPORT RE: SETTLEMENT

1  JONATHAN PELTZ and KATHLEEN GALLAGHER (collectively "the Parties")

2  provide this status report in response to the Court's January 28, 2026 Order (Dkt.

3  No. 141).

4      The parties' conditional settlement has been approved by the City. The City

5  expects the settlement payment will be made by March 31, 2026

6  Dated:  February 2, 2026        BURKE, WILLIAMS & SORENSEN, LLP

7

8          By: */s/ Brian S. Ginter*

9          Brian S. Ginter
        Attorneys for Defendant

10          CITY OF LOS ANGELES

11

12

13

14  Dated: February 2, 2026        HADSELL STORMER RENICK & DAI LLP

15          By: /s/ *Bina Ahmad*

16          Dan Stormer
        Hanna Chandoo

17          Bina Ahmad

18          Kate McFarlane
        Susan E. Seager

19          Jack Lerner

20          Attorneys for Plaintiffs
        JONATHAN PELTZ and KATHLEEN

21          GALLAGHER

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4929-3636-8505 v1        Case No. 2:22-CV-03106-HDV(AGRx)
STATUS REPORT RE: SETTLEMENT